UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 9, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAO ZHONG WEI,

    Defendant.

Case No. 2:17-mj-00130-CKD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DAO ZHONG WEI, Case No. 2:17-mj-00130-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $50,000.00.

          _X_   Co-signed Unsecured Appearance Bond

          \_\_\_   Secured Appearance Bond

          _X_   (Other) Conditions as stated on the record.

          \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 8/9/2017 at 2:50 p.m.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge