LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAO ZHONG WEI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAO ZHONG WEI,<br><br>        Defendant. | Case No.: 2:17-cr-0136 DJC<br><br>LIMITED WAIVER OF PERSONAL APPEARANCE AND [~~PROPOSED~~] ORDER<br><br>Court: Hon. Jeremy D. Peterson<br>Date: March 10, 2025<br>Time: 2:00 p.m. |

Dao Zhong Wei, Defendant in the above-entitled action, hereby waives his right to be present in open court for hearing on his Motion to Allow Defendant to Apply for Passport/Visa and for Permission to Travel (hereafter the "Travel Motion"; ECF Document 378). The Travel Motion is scheduled to be heard before this Court on March 10, 2025, at 2:00 p.m. Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Dao Zhong Wei requests that the Court authorize the Travel Motion to proceed in his absence.

LIMITED WAIVER
OF APPEARANCE

Due to the nature of the travel requested in the Travel Motion, time is of the essence. Defendant must make appropriate arrangements for the requested international travel as soon as possible if it is approved by the Court.

Defendant Dao Wei agrees that his interests will be deemed represented at hearing of the Travel Motion by the presence of his attorney in the same manner as if he were personally present in court. This limited waiver does not extend beyond hearing on the Travel Motion. Dao Wei acknowledges his obligation to appear at his Sentencing Hearing or any other future court appearances in this matter.

DATED: March 6, 2025

By  /s/ via text message authorization
DAO ZHONG WEI
Defendant

I agree with and consent to Defendant Dao Wei's limited waiver of personal appearance for hearing on the Travel Motion.

DATED: March 6, 2025

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
DAO ZHONG WEI

IT IS SO ORDERED.

Dated:  March   10   , 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LIMITED WAIVER
OF APPEARANCE