LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DAO ZHONG WEI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAO ZHONG WEI,<br><br>　　　　Defendant. | Case No.: 2:17-cr-136 DJC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT DAO ZHONG WEI'S SPECIAL CONDITIONS OF RELEASE TO ADD DRUG/ALCOHOL TESTING |

　　　　Plaintiff United States of America by and through Assistant United States Attorney Roger Yang, and Attorney Todd D. Leras on behalf of Defendant Dao Zhong Wei, stipulate as follows:

1. Retired United States Magistrate Judge Edmund F. Brennan released Defendant Dao Zhong Wei on a $50,000 signature bond and various special and general conditions of release following a continued detention hearing on August 9, 2017. (ECF Docket Entries 51, 52, and 53).

ORDER ADDING DRUG/ALCOHOL
TESTING SPECIAL CONDITION OF
RELEASE

2. One condition of Special Release, Special Condition 9, required Dao Zhong Wei "to submit to drug and/or alcohol testing as approved by the pretrial services officer."

3. On January 28, 2020, Magistrate Judge Brennan signed an order removing the drug/alcohol testing condition contained in Special Condition 9 based on a then-existing series of clean tests. (ECF Documents 189 and 191).

4. Pretrial Services thereafter filed a Violation Petition based on Dao Zhong Wei's arrest for driving under the influence of alcohol on November 29, 2023. (ECF Document 266). Retired United States Magistrate Judge Deborah Barnes continued Dao Zhong Wei on modified release conditions, including alcohol testing, following a hearing on the Violation Petition held on December 14, 2023. (ECF Entry 267).

5. Defendant Dao Zhong Wei appeared for continued hearing on his Motion to Apply for a Passport/Permission to Travel (ECF Document 378) before United States Magistrate Judge Sean C. Riordan on March 13, 2025. (ECF Entry 384). Magistrate Judge Riordan directed Dao Zhong Wei to report to Pretrial Services following the hearing.

6. On March 13, 2025, Supervisory Pretrial Services Officer Taifa Gaskins notified the parties that Dao Zhong Wei's alcohol test returned as presumptive positive for a controlled substance. Officer Gaskins requested that the parties add the following Modified Special Condition of Release:

    Special Condition 9. "You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing."

ORDER ADDING DRUG/ALCOHOL
TESTING SPECIAL CONDITION OF
RELEASE

All other general and special conditions of release as to Defendant Dao Zhong Wei shall remain in full force and effect.  Supervisory Pretrial Release Officer Taifa Gaskins has reviewed and approved this stipulation and the proposed order via email.  Assistant U.S. Attorney Roger Yang has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

DATED: March 14, 2025

By    */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
DAO ZHONG WEI

DATED: March 14, 2025

By    */s/ Todd D. Leras for*
ROGER YANG
Assistant United States Attorney
(per email authorization)

ORDER ADDING DRUG/ALCOHOL TESTING SPECIAL CONDITION OF RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Condition 9, requiring Defendant Dao Zhong Wei to participate in alcohol and drug testing, is modified as proposed by the parties. All other general and special conditions of release applying to Defendant Dao Zhong Wei remain in full force and effect.

IT IS SO ORDERED.

DATED: March 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER ADDING DRUG/ALCOHOL TESTING SPECIAL CONDITION OF RELEASE